# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*August 31, 2021*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Julio Cesar GONZALEZ<br>Y.O.B: 2001 Citizenship: United States<br><br>*Defendant(s)* | Case No. M-21-1879-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 08/30/2021 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States code, Section 2422 (b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Complaint authorized by AUSA D.Walker

Sworn to and executed by reliable electronic means, sworn to Printed name and title and attested telephonically per FED.R.CR.4.1, and probable cause found on:
Sworn to before me and signed in my presence.

/s/ Eddie A. Ramirez
*Complainant's signature*

Eddie A. Ramirez, HSI Special Agent
*Printed name and title*

Date: 08/31/2021 4:14 pm

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On August 26, 2021, Homeland Security Investigations (HSI) Rio Grande Valley Child Exploitation Investigations Task Force (RGV CEITF) Special Agent (SA) Eddie Ramirez participated in an undercover online enticement investigation on a social networking application ("the application") and took on the persona of a thirteen-year-old female child. The application uses the Internet, which is a means of interstate or foreign commerce. SA Ramirez entered a group chatroom, located in the Rio Grande Valley, on the application.

Shortly after entering the chatroom, SA Ramirez received a message from a chatroom application user with a username of Mr.JwithaD and a listed name of Julio GONZALEZ. GONZALEZ initiated the conversation by asking, "Where you going the fun was only going to start". SA Ramirez immediately stated "I'm 2 yung 4 every1". In subsequent conversation on the application, SA Ramirez stated he was a thirteen-year-old female child and in eighth grade on multiple occasions.

Throughout the course of the conversation, GONZALEZ sent numerous sexually explicit messages to SA Ramirez and planned a sexual encounter with the thirteen-year-old child SA Ramirez was personifying. The following are samples from the conversation:

| Date | Time | User | Message |
|---|---|---|---|
| 08/26/2021 | 9:07:51 | GONZALEZ: | You know how to suck dick |
| 08/26/2021 | 9:08:21 | GONZALEZ: | If you give me okay head I'll take your virginity |
| 08/26/2021 | 9:14:53 | GONZALEZ: | I'll fuck you in my car I doubt you'll last my cock is too thick |
| 08/26/2021 | 9:46:58 | GONZALEZ: | Make sure to bring extra clothes your gonna bleed |
| 08/26/2021 | 9:49:50 | GONZALEZ: | I'll be gentle at first |
| 08/26/2021 | 9:50:12 | GONZALEZ: | Then well once your cherry pops it's all my fun from there |
| 08/26/2021 | 9:50:45 | GONZALEZ: | I'm gonna go deep in you |
| 08/26/2021 | 9:51:16 | GONZALEZ: | Make sure to leave you hooked on taking dick |
| 08/26/2021 | 9:52:02 | GONZALEZ: | That's what you are gonna do and swallow my cum or taste it |
| 08/26/2021 | 9:53:28 | GONZALEZ: | I'll make you cum before we even fuck I eat some good pussy |
| 08/26/2021 | 10:04:52 | GONZALEZ: | just my dick is so thick that your pussy will try to push me out but I'll keep on fucking you |

On August 30, 2021, GONZALEZ messaged SA Ramirez on the application and requested to meet with SA Ramirez, posing as a thirteen-year-old female child. Arrangements were made to meet at a location in or near Pharr, Texas. GONZALEZ sent messages via the application stating he was wearing black shorts, a black shirt, and tennis shoes, and was driving a Gray (Hyundai) Sonata with blue LED lights. GONZALEZ subsequently flashed his headlights to confirm his identity. Agents approached the vehicle and apprehended Julio Cesar GONZALEZ, the driver and sole occupant of the vehicle. Additionally, agents located condoms inside of the vehicle.

GONZALEZ was subsequently interviewed at HSI McAllen. GONZALEZ admitted to SAs that he was the account user of the listed account Mr.JwithaD, Julio GONZALEZ, who messaged and arranged a meeting to conduct illegal sexual acts, to include sexual intercourse, with the thirteen-year-old child, and that he drove from Brownsville to Pharr to meet the thirteen-year-old child.

If GONZALEZ had sex with a thirteen-year-old child, he could have been charged with aggravated sexual assault, in violation of Texas Penal Code 22.021.